UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLT C. ROMBERGER,<br><br>  Plaintiff,<br><br>  v.<br><br>XPRESS LINE, INC., FAROKHIDIN FOZILOV and PYRAMID MOVING, LLC, *d/b/a Longhorn Cargo*,<br><br>  Defendants. | Case No. 25-1245 JPG |

### MEMORANDUM AND ORDER TO SHOW CAUSE

This matter comes before the Court for case management purposes. On June 13, 2025, plaintiff Colt C. Romberger filed the complaint to commence this action (doc.1). To bring a case in federal court, he relied on diversity subject matter jurisdiction, 28 U.S.C. § 1332(a)(1), which requires that opposing parties not be citizens of the same state. The plaintiff failed to properly plead each member of Pyramid Moving, LLC and the member's citizenship. The plaintiff also failed to plead the citizenship of the plaintiff and defendant Fozilov. The Court noted the pleading defect and allowed the plaintiff to amend the compliant to cure the defect.

Plaintiff filed an amended complaint on June 20, 2025 (doc. 6), however the amended complaint still does not cure all of the defects. Plaintiff properly pled the citizenship of plaintiff and defendant Fozilov but did not properly plead the LLC. Plaintiff must state each member of Pyramid Moving, LLC and the member's citizenship.

Accordingly, The Court **ORDERS** the plaintiff to **SHOW CAUSE** on of before July 7, 2025, why the Court should not find complete diversity does not exist and should not dismiss this case without prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

**DATED**: 6/23/2025

s/J. Phil Gilbert<br>
U.S. District Judge