UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COLT C ROMBERGER,

Plaintiff,

v.

XPRESS LINE, INC.,
FAROKHIDIN FOZILOV, and
PYRAMID MOVING, LLC d/b/a
LONGHORN CARGO,

Defendants.

Case No. 25-cv-01245-JPG

BRIAN M THOMPSON,

Plaintiff,

v.

XPRESS LINE, INC., and
PYRAMID MOVING, LLC d/b/a
LONGHORN CARGO,

Defendants.

Case No. 25-cv-01397-JPG

## MEMORANDUM AND ORDER

This case is before the Court on Defendants Xpress Line, Inc., and Pyramid Moving,

LLC d/b/a Longhorn Cargo's Motion to Consolidate (Doc. 37). They ask the Court to

consolidate *Romberger v. Xpress Line, Inc., Farokhidin Fozilov, and Pyramid Moving, LLC*

*d/b/a Longhorn Cargo*, No. 25-cv-1245-JPG and *Thompson v. Xpress Line, Inc. and Pyramid*

*Moving, LLC d/b/a Longhorn Cargo*, No. 25-cv-1397-JPG. Federal Rule of Civil Procedure

42(a) allows the Court discretion to consolidate cases that involve a common question of law and

fact. The cases that Xpress Line and Pyramid Moving seek to consolidate, No. 25-cv-1245-JPG

and No. 25-cv-1397-JPG, concern a motor vehicle accident that occurred on August 3, 2023, on Interstate 70 near Teutopolis, Illinois, between a vehicle driven by Plaintiff Colt Romberger and occupied by Plaintiff Brian Thompson, and a tractor-trailer driven by Defendant Farokhidin Fozilov, in the course of his employment with Xpress Line and Pyramid Moving. The two cases are identical in all important respects, and the Court finds it would serve the interests of justice and judicial economy to consolidate them. Therefore, the Court **GRANTS** the Motion to Consolidate (Doc. 37) and **CONSOLIDATES** No. 25-cv-1245-JPG and No. 25-cv-1397-JPG. Since No. 25-cv-1245-JPG was filed first, it will become the lead case. All future filings shall be made *only* in 25-cv-1245-JPG but must bear the double caption used in this order.

**IT IS SO ORDERED.**
**DATED: May 27, 2026**

_____
**J. PHIL GILBERT**
**United States District Judge**

2